**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

    ___ Pro Se      ___ As counsel for: _____
                                                                              Name of party

I am, or the party I represent is (select one):

    ___ Petitioner    ___ Respondent    ___ Amicus curiae    ___ Cross Appellant
    ___ Appellant    ___ Appellee    ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

    ___ Petitioner or appellant    ___ Respondent or appellee

My address and telephone are:

    Name: _____
    Law firm: _____
    Address: _____
    City, State and ZIP: _____
    Telephone: _____
    Fax #: _____
    E-mail address: _____

Statement to be completed by counsel only (select one):

    ___ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

    _____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

    ___ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

    _____ Yes    _____ No

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

_____                                  _____
   Date                                                  Signature of pro se or counsel

cc: _____

[ Reset Fields ]

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this \_\_\_\_\_ day of

_____, _____, a copy of the foregoing

_____

was filed electronically.

\_\_\_\_ This filing was served electronically to all parties by operation of the Court's electronic filing system.

_____

\_\_\_\_ I caused a copy of this filing to be served via:

   \_\_\_\_ hand delivery

   \_\_\_\_ mail

   \_\_\_\_ third-party commercial carrier for delivery within 3 days

   \_\_\_\_ electronic means, with the written consent of the party being served

To the following address:

_____